**UNITED STATES of America,
Plaintiff—Appellee,**

v.

**Nicholean Bernard HICKLEN,
Jr., Defendant—Appellant.**

No. 08–7625.

United States Court of Appeals,
Fourth Circuit.

Submitted: Jan. 13, 2009.

Decided: Jan. 16, 2009.

Nicholean Bernard Hicklen, Jr., Appellant Pro Se. Amy Elizabeth Ray, Assistant United States Attorney, Asheville, North Carolina, for Appellee.

Before WILLIAMS, Chief Judge, and TRAXLER and KING, Circuit Judges.

PER CURIAM:

Nicholean Bernard Hicklen, Jr., appeals the district court's order denying his 18 U.S.C. § 3582(c)(2) (2006) motion for reduction of sentence. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *United States v. Hicklen,* No. 3:99–cr–00187–FDW–1 (W.D.N.C. Aug. 11, 2008). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*